# Law Offices of Michael E. Breslin, PLLC
**57 West 57th Street, 4th Floor**
**New York, New York 10019**
**Phone: (212) 867-0707**
**Fax: (212) 867-0770**
**Mobile: (551) 427-8655**

November 12, 2025

**Via PACER**

Hon. Michael A. Hammer
US Magistrate Judge
US District Court of New Jersey

**Re: Birch Hill, et al. v Kevin Breslin, et al.( 2:25-cv-12053-JXN-MAH)**

Your Honor:

I represent Defendants in this action and spoke yesterday with chambers and notified your clerk  that I will be travelling on Friday and unable to attend scheduling conference on that date.

I have  spoken with opposing counsel and we would like to postpone the scheduling conference to 11 AM (10 AM CST) on Monday, November 24, 2025.

I hope this time is acceptable to you.

Very truly yours,

/s/ Michael E. Breslin

Michael E. Breslin, CPA, Esq.