TARTER KRINSY & DROGIN LLP
Juan Olivo-Castro (Attorney ID 370322021)
1350 Broadway
New York, New York 10018
Tel.: (212) 574-0329
Email: jolivo@tarterkrinsky.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
Joshua J. Cauhorn (pro hac vice)
Brittany A. Martin (pro hac vice)
330 North Wabash Avenue, Suite 2100
Chicago, Illinois 60611
Tel.: (312) 840-7055
Email: jcauhorn@burkelaw.com
Email: bmartin@burkelaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BIRCH HILL REAL ESTATE, LLC, ELLSWORTH REAL ESTATE, LLC, EG REAL ESTATE, LLC, N.H. REAL ESTATE, LLC, KEWAUNEE REAL ESTATE LLC, LANCASTER REAL ESTATE LLC, MAPLE LANE REAL ESTATE, LLC, M REAL ESTATE, LLC, MENOMINEE REAL ESTATE, L.L.C., MINERAL POINT REAL ESTATE LLC, PARKSIDE REAL ESTATE LLC, MOUTH REAL ESTATE, LLC, WILLIAMS BAY ASSISTED LIVING, LLC, TNIOP REAL ESTATE, LLC, TR REAL ESTATE LLC, WILLIAMS BAY REAL ESTATE LLC, WISCONSIN RAPIDS REAL ESTATE, LLC, RICE HEALTH CARE FACILITIES OF WISCONSIN, INC., RHCF, INC., RHCF TWO, INC., RICE HOUSING FACILITIES, INC., AND RICE HOUSING FACILITIES TWO, INC. | CIVIL ACTION No. 2:25-cv-12053 -JXN-MAH |
| Plaintiffs, -against- | **NOTICE OF MOTION FOR BRITTANY MARTIN TO WITHDRAW AS COUNSEL** |
| KEVIN BRESLIN, BOUJIE BOKEN DESIGNS LLC, AND KATHRYN COSTELLO, Defendants. | |

**PLEASE TAKE NOTICE** that on April 10, 2026, Plaintiffs through and by their attorneys, shall move before this Court located at the United States District Court, District of New Jersey, at the Martin Luther King Jr. Federal Building, 50 Walnut Street Newark, New Jersey 07102, for an entry of an Order pursuant to Local Civ. Rule 102.1 allowing *pro hac vice* counsel Brittany Martin to withdraw as counsel for Plaintiffs in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d)(4) no brief is required and all relevant information has been set forth in the accompanying declaration of Juan Olivo-Castro in support of Plaintiffs' motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith for the Court's convenience.

Dated: March 9, 2026

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Plaintiffs*

By: _____
      Juan Olivo-Castro
1350 Broadway
New York, New York 10018
Tel.: (212)216-8000
Email: jolivo@tarterkrinsky.com